# UNITED STATES DISTRICT COURT
for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>MYRON SYLVESTER JAMES<br><br>Defendant(s) | )<br>)<br>) Case No. 18-1651-m<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___October 17, 2018___ in the county of ___Philadelphia___ in the
___Eastern___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U S C Section 2113(a) | Bank Robbery. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew J Carey, TFO, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: October, 17 2018

_____
Judge's signature

City and state: Philadelphia, Pennsylvania    Hon Carol Sandra Moore Wells
Printed name and title

18-1651-m

## AFFIDAVIT

I, Matthew J. Carey, being duly sworn, hereby depose and say:

I have been employed by the City Of Philadelphia for the last 11 years, and have been a detective for the last 6 years. I am presently assigned to the Joint Federal Task Force that investigates, violations of state and federal laws to include commercial robberies, bank robberies, kidnapping, fugitives and major theft investigations of pharmaceutical drugs among other violations of the law. The statements in this affidavit are based on police reports, the recovery of physical evidence from the crime scene and information provided to me by law enforcement personnel. These statements are true and correct to the best of my knowledge, information and belief.

On Wednesday, October 17, 2018 at approximately 10:40AM, P/O Merrigan and P/O Bennett, Philadelphia Police Department (PPD) responded to a radio call for "Robbery in Progress" at the PNC Bank located at 4060 City Line Avenue, Philadelphia, PA 19131. Upon arrival, P/O Merrigan and P/O Bennett were met by the victim/teller who stated that an unknown black male (Offender) walked up her station and gave her demand note that stated, "I GOT A GUN GIVE ME ALL THE CASH." The victim/teller complied and gave the Offender approximately $1,747.00 dollars in United States Currency (USC). The victim/teller stated that the Offender took the USC and walked out of the bank in an unknown direction.

On October 17, 2018, at 11:15AM, FBI Task Force Officer/PPD Detective Matthew Carey #9225 and FBI Special Agent Greenawalt responded to the PNC Bank and processed the scene. The demand note was photographed and recovered, and the victim/teller and the witness were interviewed. Video surveillance still images were also recovered. The victim/teller described the Offender as an older black male; approximately 5'10, thin build, and clean shaven, wearing tan camouflage pants, a red flannel button down long sleeve shirt, and a black winter hat.

Your affiant reviewed the recovered still images and determined they resembled Myron James, who is a suspect in four previous (4) Bank robberies; two (2) bank Robberies in Philadelphia, one (1)

1

bank robbery in Cheltenham, and one (1) bank robbery in New Jersey. The recovered demand note had similar verbiage from the recovered demand notes on the aforementioned bank robberies.

On October 17, 2018, at 12:46PM, FBI Special Agent Adam Cook contacted Detective Casella (Burlington Township Police Department) and informed him that Myron James is a suspect in a PNC Bank Robbery that occurred today. SA Cook sent Detective Casella the still images from the PNC bank robbery. Det. Casella recently arrested James for bank robbery. After viewing the still images from today's robbery, Det. James positively identified the man depicted in the images as James.

Detective Casella went to Myron James' known address and observed Myron James exit a blue Chevy Silverado bearing New Jersey registration S88-KPS and walk into the residence located at 130 New Castle Lane, Willingboro, NJ. James was wearing the same camouflage pants that were depicted in the still images and enter 130 New Castle Lane, Willingboro, New Jersey. Detective Casella continued the surveillance of the residence and observed Myron James exit the residence at 130 New Castle Lane and walk to the rear of the property where there was a blue 10' x 10' shed. James was not holding anything in his hands as he walked to the rear. The shed is located on the property. At this point, Det Casella lost sight of James. Det. Casella then observed James walk back into the house holding a black bag. Detective Casella then called for additional Burlington Township Police Officers to assist.

On October 17, 2018 at 1:25PM, Detective Casella observed Myron James exit 130 New Castle Lane and was detained.

On October 17, 2018 at 2:30PM, at 2045 68th Avenue, Philadelphia, Pa., Special Agent Greenawalt and Task Force Officer/PPD Detective Patrick Smith #641 showed Robert James (brother of Myron James) the still images from today's bank robbery and Robert positively identified the male in the still images as his brother Myron James. Robert James' wife, Annette James, was shown the still images

2

from today's bank robbery and Annette positively identified the male in the still images as Myron James.

The PNC Bank located at 4060 City Line Avenue, Philadelphia, PA 19131 is FDIC insured.

_____
Detective Matthew J. Carey
Major Crimes, FBI Task Force

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17th DAY OF
OCTOBER, 2018

_____
Hon. Carol Sandra Moore Wells,
United States Magistrate Judge